IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COLUMBIA CASUALTY COMPANY and PENNSYLVANIA MANUFACTURERS ASSOCIATION INSURANCE COMPANY<br>    Plaintiffs,<br><br>         v.<br><br>FEDERAL INSURANCE COMPANY<br>    Defendant. | :<br>:<br>:<br>:<br>:<br>:  CIVIL ACTION NO. 15-5337<br>:<br>:<br>:<br>: |

### ORDER

**AND NOW**, this 31st day of August 2016, upon consideration of Plaintiffs' Motion for Judgment on the Pleadings [Doc. No. 18] and the opposition thereto, and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that Plaintiffs' motion is **GRANTED**. It is hereby **DECLARED** that Federal Insurance Company's excess policy was triggered upon the payment of a total of $1 million under the primary policies in connection with the *Wanjiku* litigation. The Clerk is directed to **CLOSE** the case.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**